# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.   12-cr-00205-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ELIAS ZETINO-VINCENTE,

    Defendant.

## ORDER

    PURSUANT to and in accordance with the Change of Plea and Immediate Sentencing hearing held before the Honorable Lewis T. Babcock, United States District Judge, on February 4, 2014, it is hereby

    ORDERED that Defendant Elias Zetino-Vincente is sentenced to **TIME SERVED.**

    Dated:  February 4, 2014.

                        BY THE COURT:

                        s/ Lewis T. Babcock
                        LEWIS T. BABCOCK,
                        UNITED STATES DISTRICT JUDGE