**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No.  12-cr-00205-LTB

UNITED STATES OF AMERICA,

              Plaintiff,

v.

1.     ELIAS ZETINO-VINCENTE

              Defendant.

_____

**ORDER**

_____


THIS MATTER coming before the Court upon motion of the government to

dismiss counts 1 and 3 of the Indictment, and the Court having considered the same,

IT IS HEREBY ORDERED counts 1 and 3 of the indictment are dismissed this

__4th__ day of February, 2014.


                          BY THE COURT:


                          __s/Lewis T. Babcock_____
                          Judge Lewis T. Babcock
                          United States District Court